# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

In Re Administrative Subpoenas to
Children's Hospitals

Case No.: _____

**DECLARATION OF PARENT K.K.**

1. I am the parent of a minor child who is transgender. We are residents of Maryland.

2. My child received care at Children's National Hospital ("CNH") beginning in 2022 and continuing until the present.

3. My child received care at CNH locations in Washington, D.C. and was also seen once at CNH's Rockville, Maryland location.

4. My child's care at CNH included puberty blocking injections and estrogen medication. Shortly after the change in presidential administration, my child received a puberty blocking implant, in part because of the uncertainty surrounding continued access to care.

5. CNH providers were excellent and extremely helpful. We communicated with them in person and through the patient portal, which we used often. The portal was an easy way to communicate with my child's doctor, who was very responsive.

6. Before my child began medical interventions, CNH required a letter from my child's therapist. That letter discussed many personal matters about my child's mental health, identity, and life circumstances. My child received therapy outside of CNH, but CNH's records include information from that outside mental health provider.

7. In the course of my child's care, my child and I shared private information with CNH providers about my child's physical health, development, mental and emotional health, family circumstances, and other personal matters.

8. We shared this information because CNH needed it to evaluate my child, discuss treatment options, prescribe and monitor medication, and provide appropriate medical care. We understood those discussions to be private medical conversations.

9. My child also spoke privately with CNH providers outside my presence. Privacy was very important to her ability to participate in those conversations and to be honest with her doctors.

10. I understood that my child's medical information would remain within the CNH medical system and be shared only with healthcare professionals involved in her care. I never thought my child's records could later be requested by government lawyers or investigators.

11. The possibility that my child's records could be disclosed to the government is deeply alarming. The current government has been openly hostile toward transgender people, and I worry that disclosure would flag my child to the government as transgender.

12. I am especially concerned that the government is seeking the names and records of children and families. My fear is that the government wants to identify transgender children and the families who supported their care.

13. I am also afraid because government officials have threatened to treat parents who seek medical care for their transgender children as child abusers. I fear being prosecuted simply for obtaining medically necessary care for my child.

14. Disclosure would also risk outing my child. Most people do not know that she was assigned male at birth, and she does not want to be seen or treated that way. If other students at her school or people in our community learned this information, it would be stigmatizing and could create real safety concerns.

15. If CNH were required to turn over my child's records, it would contradict the faith we placed in CNH. We trusted CNH with private medical information because we believed it would be protected. I was shocked to learn there was any possibility that this information could be turned over to the government.

16. Disclosure would also affect how our family approaches healthcare in the future. Depending on what happens, it could make us less willing to be frank with medical professionals, even though honest communication is essential to good care.

17. I do not believe removing our names would protect our privacy. Details such as my child's age, timing of care, treatment history, providers, family circumstances, adoption history, and locations of care could identify my child or our family when combined.

18. I am concerned about my name or my child's name being publicly linked to this case. Public identification would create safety concerns for my child and could expose her to harassment, stigma, discrimination, and unwanted attention.

19. I believe the right to medical privacy is a basic principle and is critical to the doctor-patient relationship. The government should not interfere with that relationship or obtain private medical records about children who sought care from their doctors.

20. For all these reasons, I strongly object to my child's medical records being disclosed to the government.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____K.K._____      Dated:___May 4, 2026___

**Parent K.K.**