# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In Re Administrative Subpoenas to Children's Hospitals | Case No.: _____ |

**DECLARATION OF PARENT P.P.**

1. I am the mother of my 16-year-old son, who is transgender.

2. My child received care at Connecticut Children's Medical Center ("CCMC") beginning in approximately 2009, shortly after he was born, and continuing until approximately summer 2025, when CCMC shut down its pediatric gender program.

3. My child's care at CCMC included general pediatric care as well as gender-related medical care. He started period suppression medication in approximately 2024 and began testosterone in approximately July 2025, shortly before CCMC's pediatric gender program was shut down.

4. My child and our family interacted with CCMC providers, including physicians, nurses, and other staff. We also communicated with CCMC through portal messages and telehealth visits.

5. CCMC also has mental-health-related records from my child's therapist. CCMC required a letter from a mental health provider before my child could begin any gender-related medical intervention.

6. In the course of my child's care, my child and I shared private information with CCMC about his physical health, development, mental and emotional health, gender identity, school, family circumstances, and other sensitive matters.

7.  Some of the most sensitive information in my child's records concerns how experiencing a period affected his mental health and well-being. His records also include information about suicidal ideation. That information is extremely private.

8.  We provided this information because CCMC required it and because we believed CCMC needed it to evaluate my child, discuss treatment options, and provide appropriate medical care.

9.  My child is already hesitant to be open and honest with medical providers. He shared sensitive information only after he felt he was in a safe and confidential environment.

10. I understood my child's conversations with CCMC providers to be private medical discussions. I expected that my child's information would not be disclosed beyond his care team except as necessary for his healthcare and certainly not without an explicit request and permission.

11. If I had known that my child's medical records could later be requested by government lawyers or investigators, we would never have sought care at CCMC. I would never have put my child in that position.

12. The possibility that my child's records could be disclosed to the government is frightening. I do not know why the government is requesting these records, and I fear that the information could be used to further target transgender children.

13. I am worried that my child could be taken away from me or that I could be prosecuted for seeking medically necessary care for my child. Nothing good for me or my child can come from the disclosure of these records.

14. I am also worried that, if this information were leaked or disclosed in any way, my child's safety in the general public would be at risk.

15. Disclosure would be devastating for both me and my child. I fear it would put both of us in a very dark place. I am especially afraid that my child could return to a suicidal state and that our family would live in constant anxiety and panic.

16. If my child's records were disclosed, we would feel unsafe anywhere. My child's trust in the medical system would be irreparably broken, and it would be very hard for him to trust confidentiality with any provider in the future.

17. Disclosure would also affect me personally. It would change my own willingness to be candid in my healthcare, and I would be reluctant to share more than I absolutely had to in any medical setting. I might even stop seeing providers I do not consider strictly necessary.

18. I do not believe removing names from the records would protect my child's identity. There are very few transgender children in our town, and this is a very small and specific population within CCMC's patient base. Details such as age, timing of care, treatment history, location, and other circumstances could identify my child even without his name.

19. I am concerned about my name or my child's name being publicly linked to this case. Public identification would increase the risk of harassment, discrimination, unwanted attention, and safety concerns for my child and our family.

20. I firmly believe that medical decisions in America should remain between patients and the people who are trained and licensed to provide medical care. The government has no place interfering in that aspect of our lives.

21. For all these reasons, I strongly object to my child's CCMC medical records being disclosed to the government.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Parent P.P.*

**Parent P.P.**

Dated: 5/6/2026