# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

In Re Administrative Subpoenas to
Children's Hospitals

Case No.: _____

**DECLARATION OF PARENT Q.Q.**

1.  I am the mother of my 15-year-old son, who is transgender.

2.  My child received care at Connecticut Children's Medical Center ("CCMC") beginning in approximately 2020 and continuing until summer 2025, when CCMC stopped offering pediatric transgender care.

3.  My child's care at CCMC included assessment and evaluation for gender incongruence. He began puberty blockers in approximately 2020 and began hormone replacement therapy in approximately 2025.

4.  My child also received care from a therapist, a pediatrician, and an endocrinologist. Our family communicated with CCMC providers through the online portal, where we discussed very sensitive information, including intimate details about my child's body.

5.  CCMC providers regularly checked in with us about my child's life and well-being. We shared private information about his physical development, gender incongruence, mental health, school, friends, sports, and other parts of his life.

6.  We shared this information because we wanted the best care for our child. We had a close connection with my child's doctor, who knew our family well and was deeply invested in my child's care, mental health, and future.

7. Most people do not know that my son is transgender. We are very careful to protect his identity and do not share information about his gender transition. That privacy is extremely important to him and to our family.

8. My child trusted his doctor and felt he could be open with him. He trusted both the doctor and the care he was receiving. Even the confidentiality between just my child and his doctor was important because it gave my child a safe connection.

9. I understood my child's conversations with CCMC providers to be private medical discussions. I never thought that what we shared would go outside the hospital's walls. We believed CCMC was a safe place to seek appropriate healthcare for our child in a respectful and private way.

10. If my child knew there was even a possibility that his medical records could be disclosed to the government, I believe he would likely avoid seeking healthcare in the future. Confidentiality is an essential part of his trust in healthcare and in the medical system.

11. I am deeply concerned by the possibility that my child's medical records could be disclosed to government lawyers, investigators, or officials. I am worried about my family being placed on a national registry or otherwise being identified in a way that outs my child or our family.

12. I am also afraid that our family's insurance plan could stop covering my child's care if his care is treated as the subject of a federal investigation.

13. Disclosure would be especially harmful because my child is still a minor. None of these children should be forcibly outed before they have the opportunity to decide for themselves, when they are legal adults, who should know this information about them.

14. My child is still figuring out so much about himself. I want him to be able to focus on being a child and not have to worry that his private medical records will be turned over to the government.

15. I am deeply worried that disclosure could push my child to a state of suicidal ideation. His records contain extremely sensitive information about his mental health, and government disclosure would be frightening and destabilizing.

16. I do not believe removing names from the records would protect my child's privacy. Details such as his age, dates of care, treatment timeline, providers, school and sports information, family circumstances, and the specific nature of his care could identify him when combined.

17. I am also concerned about my name or my child's name being publicly linked to this case. There is rising anti-trans sentiment in our hometown, and public identification would increase the risk of harassment, bullying, discrimination, unwanted attention, and safety concerns.

18. I would not be willing to participate in this litigation under my real name or my child's real name. Protecting my child's privacy and safety is essential.

19. For all these reasons, I strongly object to my child's CCMC medical records being disclosed to the government.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Q.Q._

**Parent Q.Q.**

Dated: 05.06.26