# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

In Re Administrative Subpoenas to
Children's Hospitals

Case No.: _____

**DECLARATION OF PARENT S.S.**

1. I am the mother of my 15-year-old daughter, who is transgender.

2. My child began receiving care at Connecticut Children's Medical Center ("CCMC") in approximately 2023. That care continued until summer 2025, when CCMC stopped offering transgender healthcare services.

3. My child's care at CCMC included gender-related medical care. She received a puberty blocking implant in approximately 2023 and began hormone replacement therapy in approximately 2024.

4. My child and our family interacted with CCMC providers, including doctors, nurses, and other staff. We also communicated frequently with CCMC through the patient portal, where sensitive information about my child's care was discussed.

5. Before my child began medical interventions, CCMC providers asked many questions about very personal aspects of her life and mental health. Those questions included how she felt about her body, whether she wanted a family in the future, her relationships at school, and other private matters.

6. We shared that information because we trusted my child's doctor and believed she needed it to make the best choices for my daughter's long-term health.

7. My daughter is extremely private about being transgender and about her gender-transition journey. Privacy was extremely important to her ability to speak with providers. It took a serious level of trust for her and for our family to share this information.

8. I understood my child's conversations with CCMC providers to be private medical discussions. I relied on those conversations staying within the medical-care setting.

9. If I had known that my child's records might later be requested by government lawyers or investigators, I would have been more guarded with what I shared with my child's doctor. I would have shared only the bare minimum and second-guessed everything I said.

10. That is frightening because if parents and patients cannot be open and honest with doctors, then they cannot be sure they are getting the best care. My daughter's health depends on being able to trust her doctors.

11. I am deeply concerned that the government is trying to create a list of families who sought this care for their children. I am worried that the federal government could use my child's records to target our family or even take my child away from me.

12. Disclosure of my child's records would leave our family in a constant state of uncertainty about what the Department of Justice might do with that information. Given the current anti-trans sentiment from the administration, I do not believe anything good can come from this for my family or my daughter.

13. We have already thought about whether we may need to leave the country. If my child's medical records are disclosed to the federal government, it would dramatically affect our family's calculation about whether living in the United States is safe for us.

14. Disclosure would damage my trust in CCMC and in the medical system. We trusted CCMC to safeguard our medical privacy. It would feel like a slap in the face if CCMC were required to turn over my daughter's private medical records to the government.

15. I never thought there was any possibility that my child's medical records could end up in the hands of the federal government. That information is none of the government's business.

16. The care my child receives is between my child, our family, and her doctors. There is no place for the government in those decisions.

17. I never gave permission for CCMC to disclose my child's medical records to government lawyers, investigators, or officials.

18. For all these reasons, I strongly object to my child's CCMC medical records being disclosed to the government.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/7/26

**Parent S.S.**