# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

In Re Administrative Subpoenas to
Children's Hospitals

Case No.: _____

**DECLARATION OF YOUTH I.I.**

1. I am Youth I.I., a young adult who, as a minor, received medical care at Children's National Hospital ("CNH") beginning in approximately the fall of 2022 and continuing until approximately the summer of 2025. During that time, I lived in Maryland.

2. I received care at several of CNH's locations, including one in Rockville, Maryland. That care included evaluation and treatment for gender dysphoria, testosterone suppression, hormone replacement therapy, and related follow-up care.

3. During my care, I met with CNH providers in person and by telehealth. My family also communicated with CNH through the patient portal. I shared private information about my mental and emotional health and other personal matters.

4. I shared that information because I believed my providers needed it to care for me and because I understood it would remain in the medical system. I did not expect my private medical records to be given to government lawyers, investigators, or officials.

5. I am very concerned about the government having my medical records because I do not know what it plans to do with them. I believe this request is political and hostile toward transgender people.

6. I do not believe my medical providers did anything wrong, and I do not understand why government lawyers or investigators should be allowed to read my private medical records.

7. I am especially concerned that the government could use my medical information against me in some way.

8. If I had known when I began treatment that my records might later be requested by the government, I would have been more guarded with my providers. I would have been especially hesitant to discuss gender dysphoria and related issues.

9. For all these reasons, I strongly object to the disclosure of my CNH medical records to the government.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Youth II                          Dated: 05/05/2026

**Youth I.I.**