# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re Administrative Subpoenas to Children's Hospitals | Case No.: _____ |

**DECLARATION OF N.N.**

1. I am an 18-year-old transgender man. I am a resident of Ann Arbor, Michigan.

2. The University of Michigan, Michigan Medicine has been my provider since 2017.

3. In 2017, I received a puberty blocking implant through Michigan Medicine. Michigan Medicine also has records relating to my hormone dosage.

4. My care at Michigan Medicine has involved multiple providers, including physicians, mental health clinicians, and other staff.

5. Michigan Medicine providers know highly personal information about me. Through my pediatric and mental health care, I have shared information about my physical health, mental and emotional health, gender identity, family life, safety, and other private matters.

6. My mental health provider at Michigan Medicine knows extremely private information about me. I spoke with Michigan Medicine mental health providers privately, outside my parents' presence. Privacy has been essential to my ability to speak honestly with those providers.

7. I provided this information to Michigan Medicine because I believed Michigan Medicine needed it to give me appropriate medical and mental health care. I understood that those conversations were private medical discussions and relied on them staying within the

medical-care setting.

8. Michigan Medicine mental health providers assured me that what we shared would remain confidential. That assurance mattered to myself and my parents because we trusted Michigan Medicine with my health in all aspects of my life.

9. I did not expect that my medical and mental health records could be turned over to government lawyers or investigators who are not involved in my care. The possibility that the government could obtain these records is extremely scary to me.

10. Disclosure of my records would cause severe emotional harm. It would also affect my ability to trust doctors and mental health providers. If I believe that what I say in therapy or medical appointments can be given to the government, I will be less willing to speak candidly with those providers.

11. I do not believe redacting my name or the names of family members would protect my privacy. There are not many individuals in my situation seeking this kind of care, and details such as my age, location of care, timing of treatment, providers, mental health history, and family circumstances could easily identify me.

12. I am also concerned about my name or the name of family members being publicly linked to this case. I want to fight to protect my medical privacy, but I do not want to unnecessarily expose myself or my family to harm.

13. For all these reasons, I strongly object to the disclosure of my Michigan Medicine medical and mental health records to the government.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_N.N._

N.N.

Dated: 5/6/2026