# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re Administrative Subpoenas to Children's Hospitals | Case No.: _____ |

**DECLARATION OF R.R.**

1. I am a 21-year-old transgender man. I am a resident of Chula Vista, California.

2. Rady Children's Hospital ("RCH") in San Diego, California was my provider from 2020 to early 2026. RCH has records relating to my testosterone dosage.

3. My care at RCH has involved multiple providers, including physicians, mental health clinicians, and other staff.

4. RCH providers know highly personal information about me. Through my pediatric and mental health care, I have shared information about my physical health, mental and emotional health, gender identity, family life, safety, and other private matters.

5. I provided this information to RCH because I believed RCH needed it to give me appropriate medical care. I understood that those conversations were private medical discussions and relied on them staying within the medical-care setting.

6. RCH mental health providers assured me that what I shared would remain confidential. That assurance mattered to myself and my parents because we trusted RCH with my health in all aspects of my life.

7. I did not expect that my medical and mental health records could be turned over to government lawyers or investigators who are not involved in my care. The possibility that the government could obtain these records is terrifying to me. It feels very dangerous and

scary.

8. Disclosure of my records would cause severe emotional harm. I would feel targeted by the government. It would also affect my ability to trust doctors and mental health providers. If I believe that what I say in medical and mental health appointments can be given to the government, I will be less willing to speak candidly with those providers.

9. I do not believe redacting my name would protect my privacy. There are not many individuals in my situation seeking this kind of care.

10. I am also concerned about my name being publicly linked to this case. I want to fight to protect my medical privacy, but I do not want to unnecessarily expose myself or my family to harm.

11. For all these reasons, I strongly object to the disclosure of my RCH medical and mental health records to the government.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

R.R.
_____

Dated: 5/6/26 _____

R.R.