# EXHIBIT 13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re Administrative Subpoenas to Children's Hospitals | Case No.: |

## DECLARATION OF EVE L. HILL IN SUPPORT OF
## MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

I, Eve L. Hill, declare as follows:

1.      I am a partner at Brown Goldstein & Levy, LLP ("BGL"), a law firm with offices in Baltimore, Maryland and Washington, DC. I am admitted to the State Bars of Maine, the District of Columbia, California, Maryland, and Virginia, as well as several federal courts.

2.      I submit this declaration in support of movants' motion for class certification and appointment of counsel. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

3.      I am co-counsel for the movants in this action, along with co-counsel GLBTQ Legal Advocates and Defenders ("GLAD Law") and National Center for LGBTQ Rights ("NCLR"). BGL is prepared to commit the staff and resources necessary to pursue the litigation to its ultimate resolution.

4.      BGL attorneys, including myself, frequently represent plaintiffs in civil rights cases and class and collective actions in a variety of contexts. *See, e.g., Thompson v. U.S. Dep't of Housing and Urban Dev.* (D. Md. Civ. Action No. MJG 95-309) (class action challenging racial discrimination in Baltimore City's public housing); *Rivera v. Mo's Fisherman Exchange, Inc.* (D.

Md. Civ. Action No. ELH-15-1427) (wage and hour violations on behalf of restaurant workers); *Wilkins v. Maryland State Police* (D. Md. Civ. Action No. CCB 93-468) (class action challenging racial profiling by state police, in which BGL was class counsel for attorneys' fees); *Anthony v. Durham School Servs., L.P.* (D. Md. Civ. Action No. RDB-13-00757) (challenging wage and hour violations for school bus drivers); *Kashmiri v. Regents of the Univ. of Calif.* (San Francisco Superior Court Case No. CGC-03-422747); *Luquetta v. Regents* (San Francisco Superior Court Case No. Case No. CGC-05-443007) (class actions challenging university fee increases as breaches of contracts); *McIntyre v. Carter* (D. Md. Civ. Action No. PJM 95-190) (Maryland state prisoners injured by secondhand tobacco smoke). The plaintiffs in all of these cases obtained significant relief, including over a million dollars in both the *Rivera* and *Anthony* cases, tens of millions of dollars for the plaintiff classes in the *Kashmiri* and *Luquetta* cases, and approximately one billion dollars of rental assistance for the class in the *Thompson* case.

5.      I am currently class counsel in *Powers et al v. McDonough, et al.* (C.D. Cal. Case No. 2:22-cv-08357-DOC-KS) (class action on behalf of homeless disabled veterans against the U.S. Department of Veterans Affairs), *Pappas, et al. v. District of Columbia, et al.* (D.D.C. Case No. 1:19-cv-02800-RC) (class action challenging failure to accommodate police officers with disabilities), and *California Council of the Blind, et al. v. Weber* (N.D. Cal. Case No. 3:24-cv-01447-SK) (class action on behalf of voters with print disabilities seeking accessible absentee voting). I also represent organizational plaintiffs seeking systemic injunctive relief in *American Association of People with Disabilities, et al. v. Bisignano, et al.* (D.D.C. Case No. 25-cv-977 (Administrative Procedure Act case on behalf of organizations challenging dismantling of customer service at Social Security Administration).

6.      I focus my practice on fighting disability discrimination, and LGBTQIA+ discrimination. I am also founder of BGL's consulting arm, Inclusivity Strategic Consulting, which helps businesses, state and local governments, employers, and nonprofits understand and comply with the disability rights laws as well as the principles of disability diversity, equity, inclusion, and accessibility.

7.      I have extensive experience in advocating for the rights of LGBTQ people, including as counsel in *Doe v. Catholic Relief Services* (D.Md. Case No. 1:20-cv-01815-JRR; 4th Cir. Case No. 25-1569) (civil rights action challenging employer refusal to provide insurance benefits to LGBTQ employee), *Gilliam, et al. v. Department of Public Safety and Correctional Services, et al.* (D.Md. Civil Action No. MJM-23-1047) (civil rights challenge to mistreatment of transgender prisoners), *Doe, et al. v. Blanche, et al.* (D.D.C. Case No. 1:25-cv-00286-RCL (challenge to proposed mistreatment of transgender federal prisoners), and *Doe, et al. v. Department of Defense, et al.* (D.Md. Civil Action No. 8:25-cv-02947-DLB (challenge to denial of healthcare services to transgender dependents of members of the military).

8.      I also have extensive experience challenging the improper actions of federal agencies, including under the Administrative Procedure Act. *See, e.g., Doe, et al. v. Blanche, et al.* (D.D.C. Case No. 1:25-cv-00286-RCL (challenge to proposed mistreatment of transgender federal prisoners); *Doe, et al. v. Department of Defense, et al.* (D.Md. Civil Action No. 8:25-cv-02947-DLB (challenge to denial of healthcare services to transgender dependents of members of the military); *American Association of People with Disabilities, et al. v. Bisignano, et al.* (D.D.C. Case No. 25-cv-977 (Administrative Procedure Act case challenging dismantling of customer service at Social Security Administration); *National Federation of the Blind v. U.S. AbilityOne Commission, et al.* (D.Md. Civil Action No. 18-cv-2965) (Administrative Procedure Act challenge to selection

3

of an unqualified organization to provide supervision to a federal program); *National Federation of the Blind, et al. v. U.S. Dept. of Education, et al.* (D.Md. Civil Action No. TDC-18-1568) (Administrative Procedure Act challenge to Department of Education changes to Case Processing Manual).

9.      I have been a civil rights attorney for over 30 years. From 2011-2017, I was Deputy Assistant Attorney General for the Civil Rights Division of the U.S. Department of Justice, where I was responsible for overseeing civil rights cases in employment, government programs, and private industry activities on behalf of individuals with disabilities, LGBTQ people, and others.

10.      Previously, I was Founding Director of the District of Columbia's Office for Disability Rights and then Senior Vice President of the Burton Blatt Institute at Syracuse University. From 1998 to 2007 I was Executive Director of the Western Law Center for Disability Rights and Visiting Associate Professor at Loyola Law School. And from 1993 to 1998 I was an Attorney and Supervisory Attorney at the Disability Rights Section of the U.S. Department of Justice Civil Rights Division. I have co-written a casebook and treatise on Disability Rights Law & Policy and taught Disability Rights Law at Loyola Law School and the University of Southern California Gould School of Law.

I declare, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the foregoing statements in this affidavit are true and correct.

Executed May 8, 2026.

_____
Eve L. Hill

4