# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re Administrative Subpoenas to Children's Hospitals | Case No.: |

**DECLARATION OF SHANNON MINTER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Shannon Minter, declare as follows:

1.     I am an attorney licensed to practice law in the State of California, and I am one of the attorneys for movants in this case. I have personal knowledge of the facts contained in this declaration and, if called as a witness, am competent to testify to those facts.

**National Center for LGBTQ Rights Expertise**

2.     The National Center for LGBTQ Rights ("NCLR") is a California-based 501(c)(3) organization. NCLR is a national legal organization dedicated to protecting and advancing the civil rights of lesbian, gay, bisexual, transgender, and queer ("LGBTQ") people and their families through litigation, public policy advocacy, and public education. NCLR has served as counsel in class action cases, including *Strawser v. Strange*, 307 F.R.D. 604 (S.D. Ala. 2015) and *Roe v. Herrington*, No. CV-20-00484-TUC-JAS, 2023 WL 5759590, at *1 (D. Ariz. Aug. 10, 2023) (certifying class of "all transgender individuals born in Arizona, now and in the future, who seek to change the sex listed on their birth certificate, but have not undergone a 'sex change operation' as treatment for their gender dysphoria").

1

3.     Since its founding in 1977, NCLR has played a leading role in securing fair and equal treatment for LGBTQ people and their families in cases across the country.  Among NCLR's historic cases are: *Tanco v. Haslam,* 7 F. Supp. 3d 759 (M.D. Tenn.), *rev'd sub nom. DeBoer v. Snyder*, 772 F.3d 388 (6th Cir. 2014), *rev'd sub nom. Obergefell v. Hodges*, 576 U.S. 644 (2015) (granting an injunction against Tennessee's anti-recognition laws against same-sex marriage which would eventually be affirmed by the Supreme Court in *Obergefell v. Hodges*); and *In re Marriage Cases*, 43 Cal. 4th 757, 183 P.3d 384 (2008) (striking Family Code provisions limiting the designation of marriage to opposite-sex couples) where NCLR argued on behalf of same-sex couples in California.

4.     Attorneys for NCLR have worked closely with co-counsel at GLBTQ Legal Advocates & Defenders (GLAD Law) and Brown Goldstein & Levy LLP in diligently investigating the factual background and circumstances relevant to this litigation and the legal rights and claims of movants and the proposed class. NCLR is prepared to commit the staff and resources necessary to pursue the litigation to its ultimate resolution.

<u>**Qualifications and Experience of NCLR Attorneys**</u>

**A.  Shannon Minter**

5.     I received my J.D. from Cornell Law School in 1993 and a B.A. from the University of Texas.

6.     I am a member in good standing of the State Bar of California. I am admitted to practice in the United States Supreme Court, multiple federal courts of appeals, and multiple federal district courts.

7.     I have been practicing complex civil litigation for more than 30 years, and since the 1990s, I have led NCLR's impact litigation seeking to protect and advance the legal equality of

LGBTQ individuals in multiple areas, including health care, employment, education, relationship recognition, and parenting.

8.    I have significant experience litigating individual-plaintiff and class action cases on behalf of LGBTQ individuals in state and federal courts. Among other things, I served as counsel for the plaintiffs in *Stockman v. Trump*, EDCV 17-1799, 2017 U.S. Dist. LEXIS 221323 (C.D. Cal. Dec. 22, 2017) and *Doe v. Trump*, 275 F. Supp. 3d 167 (D.D.C. 2017) (granting preliminary injunctions of transgender military ban under first Trump administration). I served as counsel for transgender students in *Board of Education of the Highland Local School District v. United States Department of Education*, 208 F. Supp. 3d 850 (S.D. Ohio 2016) and *Doe v. Volusia County School Board*, No. 6:18-cv-102-Orl-37GJK (M.D. Fla. Jan. 19, 2018) (ruling that transgender students must be treated equally to other students in public elementary schools, including having full and equal access to restrooms that match their gender identity).

9.    I serve as counsel for a class of transgender plaintiffs in *Roe v. Herrington*, No. CV-20-00484-TUC-JAS (D. Ariz.). Previously, I served as counsel for a class of all adult individuals in the State of Alabama seeking to obtain a license to marry a person of the same sex in *Strawser v. Strange*, 307 F.R.D. 604 (S.D. Ala. 2015).

10.    In addition to this case, I am currently litigating multiple cases in federal court challenging the federal government's treatment of transgender individuals including *Doe v. Department of Defense*, No. 8:25-cv-2947 (D. Md. Sept. 9, 2025) (challenging denial of health insurance coverage and treatment at military medical facilities to dependents of military service members) and *Ireland v. United States*, No. 25-cv-1921 (Fed. Cl. Nov. 10, 2025) (challenging the rescission by the United States Air Force of transgender service members' retirement orders and pensions).

3

11.    I was appointed by President Obama to serve on the Commission on White House Fellowships. I have taught law as an adjunct or lecturer at UCLA, Stanford University, Golden Gate University, and Santa Clara University. I am the co-editor of Transgender Rights (2006), the first comprehensive book on the transgender civil rights movement.

**B. Rachel Berg**

12.    My colleague, Rachel Berg, is a member in good standing of the New York and Tennessee bars. She is also admitted to practice in the United States Supreme Court, multiple federal courts of appeals, and multiple federal district courts.

13.    She received her J.D. from Fordham University School of Law in 2015.

14.    Upon graduation from law school, Ms. Berg started her career as an Associate at the international law firm Linklaters LLP in New York, NY. There, her practice focused on complex business litigation in federal court.

15.    Ms. Berg then clerked for the Honorable Alan C. Kay in the U.S. District Court for the District of Hawaii and the Honorable Eli J. Richardson in the U.S. District Court for the Middle District of Tennessee. While clerking, she worked on a variety of complex civil matters, including substantial experience on constitutional and civil rights cases.

16.    After her clerkships, Ms. Berg worked as an Associate at the national law firm Polsinelli PC in Nashville, TN. Her practice focused on class actions in federal courts across the country. Ms. Berg also developed a substantial *pro bono* practice focusing on a variety of civil rights issues, including LGBTQ rights.

17.    Ms. Berg started working at NCLR in 2023. She is now a Senior Staff Attorney.

18.    Since working at NCLR, Ms. Berg's practice has focused exclusively on transgender rights. For example, she is representing a class of transgender Plaintiffs in a lawsuit in

Arizona challenging the constitutionality of the surgery requirement for transgender Arizonans to amend their birth certificates that is described earlier in this declaration. She is also currently representing a transgender girl in Arizona who seeks to play on girls' sports teams. *Doe et al. v. Horne et al.*, Civ. No. 4:23-00185-JGZ (D. Ariz.).

I declare, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the foregoing statements in this affidavit are true and correct.

Executed May 7, 2026.

Shannon Minter